IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMARQUEIS WAYNE JOHNSON,<br>AIS # 178713,<br><br>   Plaintiff,<br><br>v.<br><br>WARDEN HETZEL, *et al.*,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) CIV. ACT. NO. 2:11cv842-TMH<br>)            (WO)<br>)<br>)<br>) |

**OPINION and ORDER**

On December 12, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 9). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and the plaintiff's motion for a preliminary injunction (doc. # 1) be and is hereby DENIED. It is further

ORDERED and ADJUDGED that this case be and is hereby DISMISSED with prejudice prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i-ii).

Done this the 26th day of January 2012.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE